AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of DELAWARE

**THOMAS S. NEUBERGER**

**SUMMONS IN A CIVIL CASE**

V.

**JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington; LEO LYNCH, individually and in his official capacity as Deputy Commissioner of the Department of Licenses & Inspections; ELLISE BLOOMQUIST, individually and in his official capacity as building inspector; WILLIAM S. MONTGOMERY, individually and in his official capacity as the Chief of Staff of the Mayor; JEFFREY J. STARKEY, individually and in his official capacity as the Commissioner of the Department of Licenses & Inspections; JAMES DIPINTO, individually and in his official capacity as Zoning Administrator; TREVOR KNIGHT, individually and in his official capacity as Plan Reviewer; LEWIS CAMACHIO, individually and in his official capacity as Building Supervisor for Ellise Bloomquist; and CITY OF WILMINGTON, a municipal corporation**

CASE NUMBER: 07-723

**TO: (Name and address of Defendant)**

TREVOR KNIGHT
Plan Reviewer
Department of Licenses & Inspections
800 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)**

Stephen J. Neuberger, Esquire
THE NEUBERGER FIRM
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

Phone: 302-655-0582
Fax: 302-655-9329

**an answer to the complaint which is served on you with this summons, within TWENTY days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.**

PETER T. DALLEO
CLERK

NOV 13 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/29/2008 @ 2:48 pm |
| NAME OF SERVER *(PRINT)* ADAM GOLDEN | TITLE SPS |

***Check one box below to indicate appropriate method of service***

☒ Served personally upon the defendant. Place where 800 N. FrenchSt., Wilm. DE 19801
Black male, 40, 5'10", 180 lbs, glasses

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were ______

☐ Returned ______

☐ Other (specify): ______

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/29/2008
Date

*Signature of Server*

D. M. PROFESSIONAL SERVICES
5 Orchard Lane, Wilm., DE 19809

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.