IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS S. NEUBERGER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-723 GMS |
| | : | |
| JAMES M. BAKER, LEO LYNCH, | : | JURY TRIAL DEMANDED |
| ELLIS BLOMQUIST, WILLIAM S. | : | |
| MONTGOMERY, JEFFREY J. STARKEY,: | | |
| JAMES DIPINTO, TREVOR KNIGHT, | : | |
| LEWIS CAMACHIO, and | : | |
| THE CITY OF WILMINGTON | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

TO:   Clerk of Court
      United States District Court for the District of Delaware
      844 N. King Street, room 4209
      Lock Box 18
      Wilmington, DE 19801

   PLEASE ENTER THE APPEARANCE of Rosamaria Tassone, Esquire as attorney for

Defendants.   Defendants reserve the right to answer, object or otherwise plead.


                              CITY OF WILMINGTON LAW DEPARTMENT

                                 /s/ Rosamaria Tassone
                              Rosamaria Tassone, Esquire (I.D. #3546)
                              Louis L. Redding City/County Building
                              800 French Street, 9th Floor
                              Wilmington, Delaware 19801-3537
                              (302) 576-2175
                              Attorney for Defendants


DATED:   May 15, 2008

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 07-723 GMS |
| : | |
| JAMES M. BAKER, LEO LYNCH, : | JURY TRIAL DEMANDED |
| ELLIS BLOMQUIST, WILLIAM S. : | |
| MONTGOMERY, JEFFREY J. STARKEY,: | |
| JAMES DIPINTO, TREVOR KNIGHT, : | |
| LEWIS CAMACHIO, and : | |
| THE CITY OF WILMINGTON : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 15th day of May, 2008, I electronically filed Defendants' Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

>Stephen J. Neuberger, Esquire
>The Neuberger Firm
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801

>CITY OF WILMINGTON LAW DEPARTMENT

>   /s/ Rosamaria Tassone
>Rosamaria Tassone, Esquire (I.D. #3546)
>Louis L. Redding City/County Building
>800 French Street, 9th Floor
>Wilmington, Delaware 19801-3537
>(302) 576-2175
>Attorney for Defendants